## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YANPING WANG, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KEQIANG LI, *et al.*, <br><br> Defendants | Civil Action No. 21-2885 (CKK) |

**ORDER**
(October 17, 2022)

It is this 17th day of October, 2022, hereby

**ORDERED** that this case is referred to Magistrate Judge Moxila A. Upadhyaya for a Report and Recommendation on Plaintiffs' [11] Motion for Issuance of Letters Rogatory and [12] Amended Motion for Issuance of Letters Rogatory.

**SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge